UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ROBERT ALDRIDGE,<br><br>       Plaintiff,<br><br>v.<br><br>TRACTOR SUPPLY CO. OF TEXAS, LP,<br>et al.,<br><br>       Defendants. | No. 1:21-CV-213-H |

### ORDER OF DISMISSAL

Before the Court is the parties' stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 34. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on March 13, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE